UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      MAGISTRATE NO.: *15-9308*

                                                    :

            V.                                      :      CRIMINAL ACTION

*Garnet Robertsbation*              :      ORDER OF RELEASE

The Court orders the defendant, _____*Garnet Robertsbation*____ is ordered released on a personal recognizance bond with the following bail conditions:

    (1) Reporting, as directed, to U.S. Pretrial Services;

    (2) The defendant shall appear at all future court proceedings;

    (3) Submit to drug testing and treatment, as deemed necessary;

    (4) Other: _____

_____        ____11/12/15____
DEFENDANT                                              DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

____11/12/15____
DATE

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
U.S. PRETRIAL SERVICES OFFICER